Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Blvd. Ste. 700
Santa Monica, CA 90401
Telephone:  (310) 359-8200
Facsimile:   (310) 359-8190

Attorneys for Plaintiff
CHRISTOPHER BOFFOLI

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER BOFFOLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITYGRID MEDIA, LLC, d/b/a CITYSEARCH, a Delaware limited liability company, and DOES 1-5,<br><br>Defendants. | Case No. 2:16-cv-7682<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

COMPLAINT FOR COPYRIGHT INFRINGEMENT

CHRISTOPHER BOFFOLI ("Boffoli" or "Plaintiff") hereby alleges for his complaint against CITYGRID MEDIA, LLC, d/b/a CITYSEARCH ("CityGrid Media" or "Defendant") upon personal information as to Plaintiff's own activities, and upon information and belief as to the activities of others, as follows:

## I. NATURE OF THE CASE

1. This is a claim for copyright infringement arising under the copyright laws of the United States, Title 17 of the United States Code.

## II. JURISDICTION AND VENUE

2. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over CityGrid Media because it conducts substantial business in the State of California and in this judicial district.

4. The claims alleged in this Complaint arise in the State of California, the Central District of California, and elsewhere.

5. Venue is appropriate pursuant to 28 U.S.C. § 1391(b)(1)-(3).

## III. PARTIES

6. Plaintiff is an individual and resident of the Western District of Washington.

7. CityGrid Media is a Delaware limited liability company registered to do business in California.

8. Plaintiff does not know the true names of defendants named in this Complaint as Does 1 through 5 and therefore sues those defendants by such fictitious names. Plaintiff will amend the Complaint to include the true names of the Doe Defendants and allege facts supporting their liability when Plaintiff learns them through discovery. Plaintiff is informed and believes, and on that basis alleges, that each of the fictitiously named defendants is responsible in some manner for the acts and omissions that give rise to Plaintiff's injuries, and that the Doe Defendants proximately caused Plaintiff's injuries.

## IV.   FACTS

**A.   Boffoli created copyrightable photographs and registered them with the U.S. Copyright Office.**

9. Boffoli is a fine art, editorial, and commercial photographer who created "Big Appetites," a series of art photographs featuring miniature figures photographed against real food backdrops. Big Appetites has been published in more than 100 countries around the world, with coverage in publications such as the New York Times, Washington Post, NPR, and CBS This Morning, among others. Fine art photographs from the collection can be found in galleries and private collections in the U.S., Canada, Europe, and Asia. Boffoli is frequently hired by magazines for editorial commissions and by large brands for commercial work based on the Big Appetites series. Boffoli's photographs are also licensed for publication for books, magazines, websites, and greeting cards.

10. Boffoli's business is based on licensing and selling photographs he creates. Big Appetites photographs are currently available for purchase at fine art galleries, and can also be purchased over the Internet, including Boffoli's website. Boffoli has licensed use of Big Appetites photographs to greeting card companies, calendars, and others.

11. Boffoli registered each photograph in the Big Appetites series with the U.S. Copyright Office and has Copyright Registration Nos. VAu001106484 (June 13, 2011), VAu001148370 (August 3, 2013), VA0001948517 (January 23, 2014), and VAu001198948 (January 8, 2015).

**B.   CityGrid Media published and publicly displayed a copy of a photograph from Big Appetites without license or permission from Boffoli.**

12. CityGrid Media is an online advertising and media company. To promote its business, CityGrid Media maintains a social media account located at <https://www.facebook.com/citysearch>.

13. On or around May 2016, Boffoli discovered that CityGrid Media was

displaying a copy of a photograph from Big Appetites on its social media account without license or permission ("Infringing Content"). Attached as Exhibit A is a screenshot of the Infringing Content.

## V. CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT

14. Boffoli hereby incorporates Paragraphs 1–13 by reference.

15. Boffoli is, and at all relevant times has been, the owner of the copyright in the photographs in the Big Appetites series.

16. Each photograph in Big Appetites is copyrightable subject matter under 17 U.S.C. § 102(a)(5).

17. Boffoli has complied in all respects with the provisions of the Copyright Act and all regulations thereunder.

18. Boffoli registered the copyright in each photograph in Big Appetites with the United States Copyright Office.

19. Boffoli has the exclusive rights under 17 U.S.C. § 106 to (1) reproduce the photographs in Big Appetites, (2) prepare derivative works based on the photographs in Big Appetites, (3) distribute copies of the photographs in Big Appetites, and (4) display the photographs in Big Appetites publicly.

20. Without the permission or consent of Boffoli, a photograph from Big Appetites was reproduced, derivative works were made from, copies were distributed of, and the photograph was displayed on CityGrid Media's social media account.

21. Boffoli's exclusive rights in the photographs in Big Appetites were violated.

22. CityGrid Media induced, caused, or materially contributed to the infringement.

23. CityGrid Media had actual knowledge of its infringement.

24. CityGrid Media acted willfully.

## VI.  RELIEF REQUESTED

WHEREFORE, Boffoli asks this Court to enter judgment against CityGrid Media and CityGrid Media's subsidiaries, affiliates, agents, employees, and all persons acting in concert or participation with them, granting the following relief:

1. Temporary and permanent injunctions preventing and restraining infringement of the photographs in Big Appetites by CityGrid Media under 17 U.S.C. § 502;

2. An order requiring the destruction of all copies made by or under the control of CityGrid Media of the photographs in Big Appetites and all articles by which such copies may be reproduced under 17 U.S.C. § 503;

3. An award of the actual damages suffered by Boffoli as the result of CityGrid Media's infringement plus the profits of CityGrid Media attributable to the infringement under 17 U.S.C. § 504(b);

4. Alternatively, if Boffoli so elects, an award of statutory damages for each infringement of the photographs in Big Appetites under 17 U.S.C. § 504;

5. A judgment that CityGrid Media's infringement was willful and an increased statutory damage award under 17 U.S.C. § 504(c)(2);

6. An award of Plaintiff's full costs including a reasonable attorney's fee under 17 U.S.C. § 505; and

7. For such other and further relief as may be just and proper under the circumstances.

Dated October 14, 2016.

Respectfully Submitted,
**NEWMAN DU WORS LLP**

By: *Peri-Elle Cabagnot*
Derek Newman, State Bar No. 190467
*derek@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*

Attorneys for Plaintiff
CHRISTOPHER BOFFOLI

## JURY DEMAND

Pursuant to FED. R. CIV. P. 38(b), Plaintiff Christopher Boffoli demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated October 14, 2016.

                                              Respectfully Submitted,
                                              **NEWMAN DU WORS LLP**

By: *Peri-Elle Cabagnot*
Derek Newman, State Bar No. 190467
*derek@newmanlaw.com*
Peri-Elle Cabagnot, State Bar No. 301784
*peri-elle@newmanlaw.com*

Attorneys for Plaintiff
CHRISTOPHER BOFFOLI